# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 469 |
| | : | |
| AMENDMENT OF RULE 601 OF THE | : | JUDICIAL ADMINISTRATION |
| PENNSYLVANIA RULES OF JUDICIAL | : | |
| ADMINISTRATION | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of October, 2016, it is **ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 601 of the Pennsylvania Rules of Judicial Administration is amended in the attached form.

To the extent that notice of proposed rulemaking would otherwise be required by Pa.R.J.A. No. 103, the immediate promulgation of the amendments is found to be in the interests of justice and efficient administration.

This Order shall be processed in accordance with Pa.R.J.A. No. 103(b) and shall be effective in 30 days.

Additions are shown in bold and are underlined.
Deletions are shown in bold and are bracketed.